ROBERT S. BREWER, JR.
United States Attorney
VIVIAN SAPTHAVEE
Assistant United States Attorney
Illinois Bar No. 6303977
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Email: Vivian.Sapthavee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMANTHA DE LEON,<br><br>　　　　　Defendant. | Case No. 21-CR-58-GPC<br><br>**THE UNITED STATES' SENTENCING SUMMARY CHART AND RAP SHEET SUMMARY**<br><br>Date:　February 3, 2021<br>Time:　8:30 a.m. |

The UNITED STATES OF AMERICA, by and through its counsel, ROBERT S. BREWER, JR., United States Attorney, and Vivian Sapthavee, Assistant United States Attorney, hereby files its Sentencing Summary Chart and Rap Sheet Summary which is based upon the files and records of this case.

DATED: January 21, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Vivian Sapthavee*
　　　　　　　　　　　　　　　　　　　　VIVIAN SAPTHAVEE
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

SENTENCING SUMMARY CHART
[ ☐ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: February 3, 2021

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: Samantha De Leon  Docket No.: 21-CR-58-GPC
Attorney's Name: Vivian Sapthavee  Phone No.: (619)546-7696
Guideline Manual Used: November 1, 2018  Agree with USPO Calc.: ☐

| | |
|---|---:|
| Base Offense Level(s): Escape (USSG § 2P1.1(a)(1)) | 13 |
| Specific Offense Characteristics: | |
| Community Corrections Center (USSG § 2P1.1(b)(3)) | -4 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 9 |

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

| | |
|---|---:|
| Adjustment for Acceptance of Responsibility [☐ Government Motion – USSG §3E1.1(b)] | -2 |
| Total Offense Level: | 7 |
| Criminal History Score: | 4 |
| Criminal History Category: | III |

____ Career Offender   ____ Armed Career Criminal

Guideline Range:                                          from  4  mths
(Range limited by: ____ minimum mand. ____ statutory maximum)   to  10  mths

Departures:

| | |
|---|---:|
| Variance under 18 U.S.C. § 3553(a); *see* Plea Agreement p.8 n.1. | -2 |

Resulting Guideline Range: Adjusted Offense Level  5        from  1  mths
                                                            to   7  mths

JOINT RECOMMENDATION:              Time Served

NAME: SAMANTHA DE LEON
CASE NO. 21-CR-58-GPC

## RAP SHEET SUMMARY CHART

| CONVICTION DATE | COURT OF CONVICTION | CONVICTION CHARGE(S) | | TERM OF CUSTODY | C/H POINTS |
|---|---|---|---|---|---|
| 7/8/19 | U.S. Dist. Ct. – S.D. Cal. (18-CR-5366) | 21 U.S.C. Secs. 952, 960 – Importation of Cocaine | | 12 mos. and 1 day | 2 |
| | | ADDITIONAL POINTS | ON SUPERVISION | | 2 |
| | | | TOTAL POINTS | | 4 |
| | | | CRIMINAL HISTORY CATEGORY | | III |
| | | | DEPORTATIONS | | N/A |
| | | | DATE OF MOST RECENT DEPORTATION | | N/A |
| | | | DATE OF ORDER OF FIRST DEPORTATION | | N/A |