**PAYAM FAKHARARA**
California State Bar No. 330336
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Payam_Fakharara@fd.org

Attorneys for Defendant
Samantha De Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   21-CR-58 |
| Plaintiff, | Hon. Gonzalo P. Curiel<br>Date: February 3, 2021 at 8:30 AM |
| v. | |
| SAMANTHA DE LEON, | **Sentencing Memorandum** |
| Defendant. | |

**I.   Sentencing Request**

Pursuant to a plea agreement, dkt. 15, the parties jointly recommend this Court **impose a sentence of time-served**. This is a within guidelines range request that is warranted by Ms. De Leon's substantial equities and current and former conditions of confinement. She has been in custody since December 22, 2020, which will be 43 days from the date set for sentencing.

Ms. De Leon, through counsel, also requests that her sentence for this case run concurrent to her sentence remaining on her 2019 conviction in *United States v. De Leon*, 18-CR-5366-GPC. This way, counsel estimates that Ms. De Leon will remain in custody until February 28, 2021.

///

## II. Relevant Background



Ms. De Leon is a 24-year-old mother of two children she loves dearly: a three-year-old son, Maverick, and a nine-month-old daughter, Emma. She regrets having left Core Civic on May 30, 2020. She did so because of her conditions of confinement, her postpartum depression, and in hopes of being a present mother to her son and daughter.

### A. Conditions of confinement at Core Civic.

Ms. De Leon returned into custody following the conclusion of her underlying conviction in September 2019. *United States v. De Leon*, 18-CR-5366-GPC, dkt. 39. At the time, she was two months pregnant with her daughter Emma, and her son, Maverick, was two years old. But during her time in custody, Ms. De Leon received very little medical attention and care for her pregnancy. In fact, she received only *one* ultra-sound—the day doctors had to induce Emma's birth prematurely in March 2020



because she was not receiving enough fluid in her amniotic sack. If doctors had checked on the pregnancy earlier, they likely would have known she needed medical attention and would have given her proper care.

As a result of her difficult pregnancy and delivery, in combination with the lack of treatment at Core Civic, Ms. De Leon experienced postpartum depression. Her inability to have any connection with Emma only exacerbated her depression. She alerted her case manager at Core Civic of her depression, but the case manager did nothing to help. The depression became unbearable, and Ms. De Leon needed to see a doctor that would take her depression seriously. So, she left Core Civic on May 30, 2020, on an ambulance to go to Alvarado Hospital, and didn't return.

1    B. <u>Ms. De Leon's successes in the community.</u>



2    While back in the community, Ms. De Leon
3    quickly became a present mother and a productive
4    member of society.  She attained two jobs and worked
5    more than full-time:  one as a food preparer at Taco
6    El Paisa and one as a cashier at Rubio's.  She also
7    became deeply interested in cutting hair, so much so
8    that she began cutting hair at her son's barbershop
9    with the help of her son's barber.  Additionally, she
10   began to rent a house and leased a car.  She
11   maintained her payments and began establishing her
12   credit score.  She even had a chance to decorate her home for the holidays with her
13   kids.  Eventually though, her escape caught up to her, and she was arrested while
14   driving in Campo, California.

15   C. <u>Conditions of confinement at San Diego GEO.</u>

16   Her current conditions of confinement are terrifying.  Since being back in jail,
17   Ms. De Leon's health and mental health have deteriorated.  She tested positive for
18   COVID-19 and was put into quarantine immediately on arrival.  But significantly, for
19   twelve days while in quarantine, she was held in solitary confinement, put into a red
20   jump suit, and only given *two showers* during the entire time that she was in solitary.  The
21   only explanation that she was given as to why she was in solitary was that the medical
22   floor was already full.  She was not checked on by nurses to see how she was doing
23   with the virus and she was given no medication.

24   Additionally, although she notified staff at SD GEO about her depression, they
25   provided her no support.  Ms. De Leon mentioned to me that when discussing her
26   depression to a staff member, the only help they offered was *a puzzle* so that she can
27   keep her mind preoccupied.  But a puzzle is not an adequate remedy for depression.
28   ///

### III.  Future Plan

Ms. De Leon's confinement at both Core Civic and SD GEO, coupled with her postpartum depression have negatively impacted her bond with her children. Maverick is now with Ms. De Leon's grandmother and Emma is with her father. But despite these difficulties, Ms. De Leon recognizes her limitations as a mother struggling with mental illness which demonstrates an insight that makes treatment and long term success more likely. As evidenced by the attached letters, Ms. De Leon is an important part of her children's very active life. Indeed, for Ms. De Leon, her children are *everything* she cares about and she has planned her future around them.



Ms. De Leon once dreamed of joining the Navy. After taking the required tests, however, no service permitted her to enlist unless she gave up custody of her children. But that hasn't stopped Ms. De Leon from thinking about how she wants to shape her future.

When Ms. De Leon finishes her term of custody, she plans to live with her grandmother. She knows that she can get her jobs back at Tacos El Paisa and Rubio's, and she wants to keep working on establishing her credit and building a life for her and her kids. She wants to enroll Maverick in Montessori school. And she wants to build a deeper relationship with Emma, who will soon be turning one. Her hope is to get her barber shop license and pursue her dream of becoming a barber.



She also wants to be there for her grandmother, who lost her son, Ms. De Leon's uncle, just last year. Prior to her arrest, Ms. De Leon helped her grandmother with her grocery shopping, visited her every day, and helped her emotionally. She also mentors the daughter of the uncle who passed away.

Ms. De Leon is a significant part of her family, and she hopes to reconnect with all of them soon.

## IV.   Conclusion

For the reasons above, Ms. De Leon respectfully requests this Court **impose the jointly recommended sentence of time-served**. Ms. De Leon further requests this sentence run concurrent to the sentence remaining for her underlying 2019 conviction.

Respectfully submitted,

Dated:  January 25, 2021           *s/ Payam Fakharara*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Samantha De Leon
Email:  Payam_Fakharara@fd.org

Letters of Support

**001**

| | |
|---|---|
| From: | Karina Santillan |
| To: | Payam Fakharara |
| Subject: | De Leon Letter from paternal grandmother |
| Date: | Thursday, December 31, 2020 2:21:48 PM |

To whom it may concern,

    Samantha(Sammy) is my granddaughter and the love I have for her cannot be greater than the love she has for her son Maverick. She's a very good young mother to him priority to everything. She has celebrated every birthday of his,she takes him to day care, doesn't miss barbershop appointments and very attentive to his needs a world of difference when She's around her son.  Samantha provides to her son by having a full time job has goals of having her own barbershop business very proud of my granddaughter.
    I'm currently recovering from foot surgery and due to return to work mid January. Maverick is a very active three year old that needs constant supervision something I cannot provide due to my conditions.

Sincerely Sara De León Samantha's grandmother.


P.S. I have no problem Samantha living with me while she gets her legal matters resolved .

**Payam Fakharara**

| | |
|---|---|
| **From:** | Karina Santillan <karisvs2018@gmail.com> |
| **Sent:** | Friday, January 8, 2021 7:06 PM |
| **To:** | Payam Fakharara |
| **Subject:** | De Leon / character letter |

January 4, 2021

To Whom It May Concern

My name is Karina Santillan , mother of Samantha De Leon.
 I like to share with you in the previous matter I couldn't get the courage to write and summit a letter because it was to heartbreaking for me , I used up a whole note pad , re-writing it over and over again.
Remembering way back to my pregnancy.
It was overwhelming,  tears coming down my face , having anxiety attacks, over thinking all I did as a parent.
I'm still learning how to deal with my family not being together, but most importantly making sure Samantha's children are not too effective by this situation.
I'm a Private In-Home Caregiver for Seniors.
Last year I was Maverick's legal guardian and with the help of Samantha's sister, my daughter Vanessa we made sure maverick was well taken care of.
This  Pandemic reduced my clients and income drastically  that I had to put pressure on Samantha to help financially with her son, and gave her a deadline to take over Maverick.
I was happy she was working, and would babysit when I had to work late shift or when her sister couldn't stay with Maverick due to online schooling.
The stress was less and I was at ease.

For Samantha it comes easy to find a job because she's a hard worker, team leader and her personality makers her excellent in customer service.
I'm Proud of Samantha for always working hard and liking to work, a family girl, (family get togethers, no smoking/drinking alcohol) never applying for public assistance/welfare.
She was so busy with work, watching her son for a bit , then visiting her daughter Emma.
I knew she was diagnose with Postpartum Depression and didn't think much of the pressure she felt , but she was still being responsible.
Samantha was also practicing cutting hair,
being a fast  learner and good!  She found a way to buy a used Barber chair and she began to cut her family members hair.
Samantha was looking into getting her licenses but that came to an end because I was only working 10 days out of the month.
She had to take Maverick back.  And I had to move to Tijuana with Samantha's father.
Once again Samantha showed us she's  worked  hard to keep her son safe with her.
She found a place to rent,  had her own car to take Maverick to daycare and work.
I showed her tough love and I didn't help her since I had to focus on me and my younger daughter.
This was hard on Samantha since she knew I would always be there for her.  She felt abandoned by her father a long time ago and I wasn't there too.
Maverick is currently staying with Samantha's grandmother, Sara De Leon.

She's in her 70s had foot surgery a few weeks back, she can't keep up with a 3year old.  And really doesn't know Maverick . He's ok there but all he knows since he was three moths old is His mom , Vanessa and me. I only see him twice a week , compared to all the days and nights we had together.
Maverick isn't attending daycare due to the sudden changes and missed a dental appointment.
Samantha and I speak every day, she's mentioned to me how she wants to finish this chapter or her life and really move forward.
Samantha told me " mom, once I clear this we can be together and help each other, now I can check off all of my dreams. I can be with my family ,get my license and open up a Barber shop, you can be the receptionist if you like "
Samantha and I agreed we need to have a solid foundation with Church services online or ready a spiritual book, with counseling will repair our hearts that we have hurt so much.


Respectfully,
Karina Santillan

**Payam Fakharara**

---

| | |
|---|---|
| **From:** | Jesus J De Leon <djavster71@gmail.com> |
| **Sent:** | Monday, January 11, 2021 7:59 AM |
| **To:** | Payam Fakharara |
| **Subject:** | Ms.De Leon |

To whom it may concern,

  My name is Jesus De Leon, father of Samantha De Leon, first and foremost, thank you for taking time to read this letter regarding my daughter.

  Samantha has accomplished in seven months what most young mothers like herself could not in several years . She managed to have a roof over her head, vehicle and just about everything her three year son needs. This was made possible by maintaining a job and being a dedicated and responsible mother. She is a Sweetwater High School graduate and has the potential to become successful in whatever she sets her mind to. For instance, Samantha has plans on opening a barber shop, which without a doubt will be in the coming year.

  Samantha is very missed when she is not around. She's very attentive to her son and everyone around and is always making sure everyone is smiling. It is imperative that Samantha is out the next few months as she is a single mother to a toddler. While we do everything we can to help her, Samantha has a huge responsibility waiting for her, her son whom she has provided to the fullest. Her son desperately needs his mom and she needs him. Only Samantha can provide her son the love he needs because she dedicates all she can and all he needs. As Samantha's father, I could not be more proud of what she's become.

  It is important that Samantha continues all mentioned above,her financial responsibilities can become a burden if not

attended to in proper time. Responsibilities that will be taken care of if given the opportunity to do so.
        Sincerely